UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:02-00023 |
| | ) | Judge Trauger |
| VERNON THOMAS MENDOZA | ) | |

**AGREED ORDER**

A hearing being held on the Petition to Revoke Supervision, the defendant admitting Violations 1 through 3 of the Petition, the Court finding those violations established and ordering that defendant attend a 28 day in-patient drug treatment program at New Leaf Recovery Center in Cookeville, Tennessee as soon as he can be admitted, and undersigned counsel being notified by U.S. Probation Officer Amanda Russell that an admission date has been secured for the defendant,

**IT IS ORDERED** that the United States Marshal shall transport the defendant from Grayson County to the United States Federal Courthouse **by 8:00 a.m. on Wednesday, December 19, 2012**, at which time he will be released into the custody of Heather Mendoza, who will cause him to be transported to the New Leaf Recovery Center in Cookeville, Tennessee.

**IT IS FURTHER ORDERED** that the defendant shall attend inpatient drug rehabilitation treatment at the New Leaf Recovery Center in Cookeville, Tennessee, until released by the Center, at which time he shall immediately report to the United States Probation Office as directed, pending any further orders of this Court; and

**IT IS FURTHER ORDERED** that following this in-patient drug treatment, defendant shall remain on supervised release under the same conditions until the extended deadline of June 30, 2013.

**ENTERED** this __18th__ day of December, 2012.

_____
ALETA A. TRAUGER
JUDGE, UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

*s/ C. Douglas Thoresen*
C. Douglas Thoresen
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805
615-736-5047

*s/ William Lee Deneke w/permission*
William Lee Deneke
Assistant United States Attorney
110 Ninth Avenue South, A-961
Nashville, TN 37203
615-736-5151